# United States District Court

### Northern District of California
### United States Courthouse
### 450 Golden Gate Avenue
### San Francisco, California 94102



**Chambers of**
**Jeffrey S. White**
**United States District Judge**

August 1, 2005

*Via Facsimile and U.S. Mail*

Hon. Mary M. Lisi, Chair
Judicial Conference of the
  United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

      ***Re:    Calendar Year 2004 Filing***

Dear Judge Lisi,

      I received your letter dated July 7, 2005, requesting additional information regarding my Financial Disclosure Report for the calendar year 2004.  Please accept this letter as a supplement to that report.  For ease of reference, I have responded to the issues raised by your July 7 letter in the order you raised them.

      **Part VII**

      On page 1, line 1, "Cash" should be listed as "Schwab National Tax Exempt Money Market Fund."

      On page 5, line 78, "Money Market Fund" should be listed as "Schwab Money Market Fund."

      Please do not hesitate to contact me if you have further questions regarding this additional information or if you require any other information from me.

                    Very truly yours,

                    Jeffrey S. White

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) White, Jeffrey S | 2. Court or Organization U.S. Ditrict, Northern Calif. | 3. Date of Report 12/31/04 |

4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Court Judge

5. ReportType (check appropriate type)

○ Nomination, Date

○ Initial    ● Annual    ○ Final

6. Reporting Period

1/1/04
to
12/31/04

7. Chambers or Office Address

U.S. District Court

450 Golden Gate Avenue

San Francisco, CA 94102

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Lecturer | Boalt Hall UC Berkeley |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED MAY 3 10 45 AM '05 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Jeffrey S | 12/31/04 |

## III. NON-INVESTMENT INCOME.  (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Boalt Hall - UC Berkeley - teaching | 11200 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS  -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Jeffrey S | 12/31/04 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 12/31/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Cash | A | Interest | K | T | | | | | |
| 2. Smith Barney Diversified Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| GM Corporate 0% Bonds | | None | K | T | | | | | |
| ISHARES DJ US Basic Materials | A | Dividend | K | T | Buy | 2/11 | K | | |
| ISHARES Goldman Sach Tech 1 | A | Dividend | L | T | Buy | 3/31 | L | | |
| 6. ISHARES US Consumer Noncyclic | A | Dividend | K | T | Buy | 2/11 | K | | |
| 7. ISHARES DJ US Consumer Cyclic | A | Dividend | K | T | Buy | 2/11 | K | | |
| 8. ISHARES DJ US Energy Sector | A | Dividend | L | T | Buy | 4/5 | L | | |
| 9. ISHARES DJ US Fiancial Sector | B | Dividend | L | T | Buy | | L | | |
| 10. ISHARES DJ US Healthcare Sector | A | Dividend | L | T | Buy | | L | | |
| 11. ISHARES DJ US Industrial Sector | A | Dividend | L | T | Buy | 3/31 | K | | |
| 12. ISHARES DJ US Telecommunications | B | Dividend | L | T | Buy | 2/19 | L | | |
| 13. ISHARES DJ US Utilities Sector | A | Dividend | K | T | Buy | 2/19 | K | | |
| 14. Consumer Discretionary Sector SPDR | A | Dividend | K | T | Buy | 2/19 | K | | |
| 15. Consumer Staples Select Sector SPDR Trust | A | Dividend | K | T | Buy | 2/11 | K | | |
| 16. Financial Select Sector SPDR | A | Dividend | L | T | Buy | | L | | |
| 17. | | | | | Partial Sale | 4/12 | K | A | |
| 18. Health Care Select Sector SPDR | A | Dividend | L | T | Buy | | L | | |

1. Income/Gain Codes:    A = $1,000 or less    B =    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Jeffrey S | 12/31/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Industrial Select Sector SPDR | A | Dividend | L | T | Buy | 3/31 | K | | |
| 20. Technology Select Sector SPDR | B | Dividend | L | T | Buy | 3/31 | L | | |
| 21. San Bernardino CA Bond TRNS S/S | A | Interest | | | Sell | 2/24 | K | A | |
| 22. Foothill/Eastern Bonds TCA Tolls Road | A | Interest | | | Sell | 2/20 | K | A | |
| 23. Lake Elsinore CA Unified District | A | Interest | | | Sell | 2/20 | K | B | |
| 24. Rancho, CA Water District FNG REV | A | Interest | | | Sell | 2/20 | K | A | |
| 25. Muniholdings Cal Insured Fund | A | Dividend | | | Sell | 2/11 | J | A | |
| 26. Muniyield Cal Fed Insured | A | Dividend | | | Sell | 2/11 | J | B | |
| 27. American Century California | A | Dividend | | | Sell | 2/11 | M | B | |
| 28. Federated US Govt Sec FD | A | Dividend | | | Sell | 2/11 | K | A | |
| 29. Metropolitan Water District Southern | A | Interest | | | Sell | 2/24 | J | | |
| 30. Montebello Calif. Bond | A | Interest | | | Sell | 2/20 | K | | |
| 31. Sierra Madre California | A | Interest | | | Sell | 2/24 | K | | |
| 32. Schwab CA Muni Money Fund | A | Interest | | | Sell | 2/24 | K | | |
| 33. Dodge and Cox Balanced Fund | | None | | — | Sell | 2/6 | K | C | |
| 34. Federated Government | A | Dividend | | | Sell | 2/11 | L | | |
| 35. PIMCO Total Return | A | Dividend | | | Sell | 2/6 | L | A | |
| 36. Vanguard High Yield Corp | A | Dividend | | | Sell | 2/11 | K | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 12/31/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Vanguard Inter Term Corp | A | Dividend | | | Sell | 2/11 | L | A | |
| 38. Jensen Portfolio | | None | | | Sell | 2/6 | K | C | |
| 39. Bank One Corp 6.875% | A | Interest | | | Sell | 2/23 | K | | |
| 40. Cit group 7.625% | A | Interest | | | Sell | 2/23 | K | | |
| 41. Citicorp 7.20% | A | Interest | | | Sell | 2/23 | K | | |
| 42. Schwab CA Long Term TF | A | Interest | | | Sell | 2/11 | K | A | |
| 43. Lehman Bros Inc 7.375% | A | Interest | | | Sell | 2/23 | K | | |
| 44. American Century Equity | | None | | | Sell | 2/11 | K | C | |
| 45. Hennessy Cornerstone | | None | | | Sell | 2/6 | K | C | |
| 46. Vanguard Short-Term Federal | A | Dividend | | | Sell | 2/11 | L | | |
| 47. California St 6.4% | A | Interest | | | Sell | 2/24 | J | | |
| 48. California St 6.5% | A | Interest | | | Sell | 2/24 | J | | |
| 49. Oppenheimer US Govt Trust Class B | B | Dividend | | | Sell | 4/19 | M | | |
| 50. Smith Barney Capital Preservation Fund | B | Dividend | L | T | | | | | |
| 51. National City Corp Cleveland | B | Interest | K | T | | | | | |
| 52. Oppenheimer Limited Term Govt Class B | C | Dividend | M | T | Buy | 4/19 | M | | See Note 1 |
| 53. Federated Fund for US Govt Sec | B | Dividend | L | T | | | | | |
| 54. Tiers Principal Protected (DJQ) | | None | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 12/31/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Tiers Principal Protected (NAS) | | None | L | T · | | | | | |
| 56. Orrick Investments 2000 LLC | A | Interest | J | U | | | | | |
| 57. Pollock Montgomery Washington Tower Investors II Partnership | B | Rent | J | U | | | | | |
| 58. Intercarp Limited Partnership | B | Rent | J | U | | | | | |
| 59. Anchor National Polaris Insurance Annuity | | None | K | T | | | | | |
| 60. Best of America (X) | | | | | | | | | |
| 61. Fidelity VIP Equity Income (X) | | None | J | T | | | | | |
| 62. Fidelity VIP Contrafund (X) | | None | J | T | | | | | |
| 63. Gartmore Goverment Bond Fund (X) | | None | J | T | | | | | |
| 64. Salomon Brothers Investor Fund (X) | | None | J | T | | | | | |
| 65. | | | | | | | | | |
| 66. Citicorp IRA # 1 | A | Int. & Div. | M | T | | | | | |
| 67. MFS Total Return Fund A | | | | | | | | | |
| 68. Smith Barney Fundamental Value Fund Class B | | | | | | | | | |
| 69. Smith Barney Capital Preservation Fund B | | | | | | | | | |
| 70. Tiers Principal Protected | | | | | | | | | |
| 71. Citicorp IRA # 2 | A | Int. & Div. | K | T | | | | | |
| 72. MFS Total Return Fund A | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 12/31/04 |

## VII. INVESTMENTS and TRUSTS
– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Smith Barney Value Fund Class B | | | | | | | | | |
| 74. Smith Barney Capital Preservation Fund B | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. Charles Schwab - 401K Plan | F | Div & Int. | P1 | T | | | | | |
| 77. Gold Bank CD | | | | | | | | | |
| 78. Money Market Fund | | | | | | | | | |
| 79. La Salle Bank CD | | | | | | | | | |
| 80. Bank Of America Corp Bond | | | | | Buy | 2/25 | L | | See Note 1 |
| 81. Chase Manhattan Corp Bond | | | | | Buy | 2/25 | L | | See Note 1 |
| 82. Federated Income Instl Shares | | | | | Sell | 2/12 | M | A | |
| 83. Vanguard High Yield | | | | | Sell | 2/13 | L | B | |
| 84. Ford Motor Credit Note | | | | | | | | | |
| 85. Vanguard Short Term Federal | | | | | Sell | 2/20 | M | | |
| 86. General Motors Corp Bond | | | | | | | | | |
| 87. General Motors Acceptance Bond | | | | – | Buy | 2/23 | L | | See Note 1 |
| 88. | | | | | Buy | 11/19 | K | | |
| 89. Citigroup Inc | | | | | Buy | 2/23 | M | | |
| 90. Dodge and Cox Stock Fd | | | | | Sell | 4/5 | K | C | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 12/31/04 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Coca-Cola Enterprises. | | | | | Buy | 2/20 | L | | |
| 92. | | | | | Buy | 9/9 | K | | |
| 93. Oakmark Equity Income Fund | | | | | Sell | 2/20 | M | E | |
| 94. Merrill Lynch Corp Bonds | | | | | | | | | |
| 95. Countrywide Home Loan | | | | | Buy | 2/26 | L | | |
| 96. JP Morgan Corp Bond | | | | | Buy | 3/1 | K | | |
| 97. US Inflation Index | | | | | Sell | 2/19 | M | F | |
| 98. Household Finance Hsbc Corp | | | | | Buy | 2/23 | L | | |
| 99. NationsBank Corp Bond | | | | | | | | | |
| 100. International Lease Finance Corp | | | | | Buy | 2/25 | L | | |
| 101. Lehman Brothers Holdings | | | | | Buy | 2/26 | L | | |
| 102. Sweden Kindgom Bond | | | | | | | | | |
| 103. Morgan Stanley | | | | | Buy | 2/23 | L | | |
| 104. | | | | | Buy | 4/12 | L | | |
| 105. Federal High Income Bond Fund | | | | | Sell | 2/24 | K | | |
| 106. ABN AMRO Cap Preferred | | | | | Sell | 4/1 | K | | |
| 107. Target Corp | | | | | Buy | 2/24 | K | | |
| 108. Cohen & Steers Adv Income | | | | | Sell | 2/24 | K | E | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Jeffrey S | 12/31/04 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Nova Chemicals Preferred | | | | | Sell | 3/1 | K | | |
| 110. Royce Low Price Sotck Fund | | | | | Sell | 2/20 | L | | |
| 111. RS Partners Fund | | | | | Sell | 2/20 | K | A | |
| 112. William Blair Intl Growth Fund- Cl N | | | | | Sell | 2/20 | L | A | |
| 113. Chase Captial V Trust Orig Preferred | | | | | Redemption | 11/1 | L | | |
| 114. Conseco Fin VI Trust Orig | | | | | Sell | 2/24 | J | A | |
| 115. Intl Paper Cap Preferred | | | | | Redemption | 1/14 | K | | |
| 116. Phoenix Quarterly Bond | | | | | | | | | |
| 117. General Electric Corp Bond | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1) Additional purchases of these stocks and bonds were purchased during the reporting period, increasing the investment amounts.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Jeffrey S | 12/31/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  4/26/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544